No. 58356.—Lucey Products Corp. and R. W. Smith et al. v. United States, protests 196208–K, etc. (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel A. P. I. casings similar in all material respects to those the subject of *Humble Oil & Refining Co. et al. v. United States* (32 Cust. Ct. 32, C. D. 1577), the claim of the plaintiffs was sustained.

No. 58357.—Leslie B. Canion and Globe Oil & Refining Co. et al. v. United States, protests 198603–K, etc. (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel A. P. I. casings similar in all material respects to those the subject of *Humble Oil & Refining Co. et al. v. United States* (32 Cust. Ct. 32, C. D. 1577), the claim of the plaintiffs was sustained.

No. 58358.—Acrow, Incorporated v. United States, protest 178892–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of building shores, jacks, or struts the same in all material respects as those involved in Abstract 57727, the claim of the plaintiff was sustained as to entry 826013.

SEPTEMBER 1, 1954

No. 58359.—W. C. Sullivan & Company v. United States, protests 220617–K and 220624–K.—Protests abandoned July 22, 1954. (Not published.) (Initial No. 194431–K.) Plaintiff's application for rehearing granted.

AUGUST 30, 1954

No. 58360.—SUIT 4794.—A. N. Deringer, Inc. v. United States.—Abstract 57452 affirmed May 27, 1954. C. A. D. 565.